### 18544.   WESTERN & ATLANTIC RAILROAD *v.* HETZEL.

BELL, J.   The judgment of affirmance heretofore rendered by this court in this case (38 *Ga. App.* 556, 144 S. E. 506) having been reversed by the Supreme Court on certiorari (169 *Ga.* 246, 149 S. E. 876), the original opinion of this court is hereby modified to conform to the decision of the Supreme Court; the former judgment of this court is vacated, and instead it is ordered that the judgment of the trial court be reversed.
*Judgment reversed.   Jenkins, P. J., and Stephens, J., concur.*

*Tye, Thomson & Tye, Henry C. Peeples, Seth M. Walker, Neel & Neel,* for plaintiff in error.

*Reuben R. & Lowry Arnold, Fred Mayfield, Paul F. Akin, John T. Norris,* contra.

### 18850.   HOOD *et al. v.* SOUTHERN RAILWAY COMPANY.

JENKINS, P. J.   Under the answer returned by the Supreme Court to the question certified to it in this case (*Hood* v. *Southern Ry. Co.*, 169 *Ga.* 158, 149 S. E. 898), the demurrer to the plaintiff's petition was properly sustained.   *Judgment affirmed.   Stephens and Bell, JJ., concur.*
DECIDED OCTOBER 18, 1929.

*T. J. Lewis,* for plaintiffs.
*Fred Morris, Maddox, Matthews & Owens,* for defendant.